UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

RONNIE BYRD, JR.,                    )
                                     )
         Plaintiff                   )
                                     )
v.                                   )    No. 1:11-0061
                                     )    Judge Trauger/Brown
GILES COUNTY SHERIFF'S               )
DEPARTMENT, *et al.*,                )
                                     )
         Defendants                  )

### <u>O R D E R</u>

The Plaintiff has sent a letter to the Clerk (Docket Entry 7) requesting that an additional deputy be added to the listed defendants he intends to keep pursuing. The Magistrate Judge will treat this as a motion to add a defendant and the **Clerk** will serve process on William Luna at the Giles County Sheriff's Office.

The Plaintiff should prepare his pleadings using headings similar to this order so that the case may be readily identified.

Now that process is issued to the Defendants, once they have entered an appearance Plaintiff is reminded that he must send a copy of any of his pleadings to their attorneys, if they have one, with a certificate of service, which should be in the following format:

I certify that a copy of the foregoing **[insert name of document]** has been served by **[insert whether by mail, certified mail, etc.]** upon **[insert names AND addresses of ALL Defendants, or their attorney's names and addresses**] on **[insert date you mailed the document]**.

_____

Ronnie R. Byrd, Jr. 209742
**[Sign your name on the line and
print or type your name,
address, and telephone number
below the signature line]**

The Magistrate Judge will consider having a telephone scheduling conference and/or the issuance of a scheduling order once the Defendants have been served and have had an opportunity to respond.

It is so ORDERED.

/s/ Joe B. Brown
JOE B. BROWN
United States Magistrate Judge