```
                    UNITED STATES DISTRICT COURT
                    MIDDLE DISTRICT OF TENNESSEE
                         COLUMBIA DIVISION
```

RONNIE BYRD, JR.,                )
                                 )
        Plaintiff                )
                                 )
v.                               )    No. 1:11-0061
                                 )    Judge Trauger/Brown
GILES COUNTY SHERIFF'S           )    **Jury Demand**
DEPARTMENT, *et al.*,            )
                                 )
        Defendants               )

## **O R D E R**

The Plaintiff in this matter has filed a document in this matter entitled Supplemental Defendant Summons Request (Docket Entry 13). Treating this as a motion to add defendants, it is **DENIED**. The Magistrate Judge would first note that the document is not signed by the Plaintiff.

Even if it were properly signed, the Plaintiff has already named some 19 Defendants, including William Luna ("Long"). There is no showing in the original complaint that the Giles County Commission has any connection with this case. To the extent that the Plaintiff has indicated that all the Defendants are being sued in their official capacity, the Giles County Sheriff's office has, in effect, been named as a Defendant already.

A civil rights complaint under *respondeat superior* does not normally state a claim against a person not directly involved with the complained of activity.

The Plaintiff is reminded that once an attorney has entered a notice of appearance for the Defendants that the Plaintiff must send a copy of all pleadings to that attorney with a certificate of service in the form as follows:

> I certify that a copy of the foregoing **[insert name of document]** has been served by **[insert whether by mail, certified mail, etc.]** upon **[insert names AND addresses of ALL Defendants, or their attorney's names and addresses]** on **[insert date you mailed the document]**.
>
> _____
> **[Sign your name on the line]**
> Ronnie R. Byrd, Jr. 209742
> Giles County Jail
> 200 Thomas Gatlin Drive
> Pulaski, Tennessee 38478

Once the Defendants have been served and have filed a notice of appearance, the Magistrate Judge will set a Rule 16 hearing to enter a scheduling order.

It is so ORDERED.

        /s/ Joe B. Brown
        JOE B. BROWN
        United States Magistrate Judge